## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br><br>Maria G. Frazee<br><br>**Defendant** | CIVIL ACTION NO: 1:19-cv-00309-JAW<br><br><br><br><br>RE: VACANT REAL PROPERTY<br>209 Church Street, Stockton Springs, ME 04981<br><br>Mortgage:<br>June 20, 2006<br>Book 2948, Page 207 |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 209 Church Street, Stockton Springs, ME 04981**
**Mortgage: June 20, 2006, Book: 2948, Page: 207**

This matter came before the Court pursuant to the Default entered on October 5, 2020, against the Defendant, Maria G. Frazee [ECF 34], Fed.R.Civ. P.55(b), this Court's Order dated November 18, 2020 [ECF 40], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine.* (March 2020).

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank"), was represented by John A. Doonan, Esq. The Defendant did not appear or oppose Plaintiff's Motion for Default Judgment of Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment is **GRANTED**. Count II – Equitable Mortgage, is hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing as of December 16, 2020 (attorney's fees, property preservation costs and deficiency are waived) ($180,493.16) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

    | Description | Amount |
    |---|---|
    | Principal Balance | $125,132.10 |
    | Interest | $33,157.39 |
    | Escrow/Impound Required | $22,203.67 |
    | Grand Total | $180,493.16 |

2. If the Defendant or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($180,493.16) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Stockton Springs Property shall terminate, and U.S. Bank shall conduct a public sale of the Stockton Springs Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $180,493.16 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $180,493.16 as of December 16, 2020.

5. The priority of interests is as follows:

- U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust has first priority, in the amount of $180,493.16, pursuant to the subject Note and Mortgage.
- Maria G. Frazee who has been defaulted.

6. The pre-judgment interest rate is 4.00000%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF11 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134<br>Main Offices<br>300 East Delaware Ave.,<br>Suite 901, Wilmington, Delaware 19809 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Maria G. Frazee<br>120 Northport Ave., Belfast, ME 04915 | Defaulted<br>Pro Se |

a) The docket number of this case is 1:19-cv-00309-JAW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 209 Church Street, Stockton Springs, ME 04981, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 209 Church Street, Stockton Springs, ME

04981.  The Mortgage was executed by the Defendant, Maria G. Frazee, on June 20, 2006.  The book and page number of the Mortgage in the Waldo County Registry of Deeds is **Book 2948, Page 207**.

e) This Judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 209 Church Street, Stockton Springs, ME 04981.

SO ORDERED

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

DATED THIS 18th DAY OF December, 2020